# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Boulevard,, Albany, New York 12211

**Andrea E. Celli, Esq.**  Telephone: (518) 449-2043   For payments Only:
Trustee                  Facsimile: (518) 449-2473   P.O Box 1918
**Bonnie Baker, Esq.**                               Memphis, TN 38101-1918
Assoc. Attorney

September 23, 2011

Bankruptcy Court
James T. Foley U.S. Courthouse
445 Broadway, Suite 306
Albany, New York 12207

Re:   08-13998         Josephine Rossi

To Whom It May Concern:

Enclosed please find check #922968 in the amount of $298.46. The amount represents an over payment of the plan from the debtor(s) in this case. All attempts to return these funds to the debtor have been unsuccessful. Our records reflect the debtor's name and address is as follows:

Debtor Refund:    Josephine Rossi
                  911 Central Ave., #230
                  Albany, NY 12206

Very truly yours,

*Cheryl Corning*
Cheryl Corning
Office of Andrea Celli